

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Jas. M. Simpson, Sr.
County Attorney
Concho County
Eden, Texas

Dear Sir:

Opinion No. O-6247
In Re: Is the weight of ice
hauled for the preservation
of a perishable load exempted
from computation of load weight?

We have received your opinion request of recent date
and quote from same as follows:

"Enclosed you will please find a ticket
given to J. H. Richardson of Abilene, Texas,
by L. R. Ridout of the Department of Public
Safety, License and Weight Division, State
of Texas.

"This ticket was handed to me by J. H.
Richardson, who was under arrest, by L. R.
Ridout for exceeding the 38,000 lb. load
limit in Art. 827a, Sec. 5. The said J. H.
Richardson hauls perishable foods in Texas
and other States and says that he under-
stands that the ice load is exempted from
his pay load. You will note from the enclosed
ticket that the said J. H. Richardson has
2,550 lbs. of ice. If this ice weight is exempt
he would not have exceeded his 38,000 lb. load
limit. He claims he has to load heavy on ice
due to the shortage of ice at many places on
his runs.

"Question: First, Is this ice load exempt
under the Statute of the State of Texas?"

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Section 5, of Article 827a, V. A. C. C., provides, in regard to the weight of load, as follows:

"Except as otherwise provided by law, no commercial motor vehicle, truck-tractor, trailer or semi-trailer, nor combination of such vehicles, shall be operated over, on, or upon the public highways outside the limits of an incorporated city or town, the total gross weight of which exceeds that given by the following formula:

"W equals C times (L plus 40) where

"W equals total gross weight, including load and vehicle, in pounds;
"C equals 700;
"L equals the distance between the first and last axles of a vehicle or combination of vehicles, in feet.

"Under the foregoing formula, the gross weight is ascertained by adding forty (40) to the distance in feet between the first and last axles of a vehicle or combination of vehicles and multiplying this sum by seven hundred (700). Provided, however, the gross weight shall never exceed thirty-eight thousand (38,000) pounds.

"Provided, however, the gross weight permitted by the foregoing formula shall be subject to the following restrictions and limitations:

"No such vehicle nor combination of vehicles shall have a greater weight than six hundred (600) pounds per inch width of tire upon any wheel concentrated upon the surface of the highway and using high-pressure tires, and a greater weight than six hundred and fifty (650) pounds per inch width of tire upon any wheel concentrated upon the surface of the highway and using low-pressure tires, and no wheel shall carry a load in excess of eight thousand (8,000) pounds on high-pressure tires and nine thousand (9,000) pounds on low-pressure tires, nor any axle a load in excess of sixteen thousand (16,000) pounds on high-pressure tires, and eighteen thousand, (18,000) pounds on low-pressure tires. An axle load shall be defined as the total load on all wheels whose centers may be included between two parallel transverse vertical planes forty (40) inches apart. As amended Acts 1941, 47th Leg., p. 86, ch. 71, §1."

We do not find any statute exempting the "ice load" in a computation of the actual gross weight of a commercial motor vehicle, truck-tractor, trailer or semi-trailer, or combination of such vehicles.

Therefore, we are constrained to answer your question in the negative and we herewith return the ticket submitted by you.

Trusting this fully answers your question, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Robert L. Lattimore Jr.*

Robert L. Lattimore, Jr.
Assistant.

RLL:rt

APPROVED OCT 16 1944

FIRST ASSISTANT
ATTORNEY GENERAL

AW.

